

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Randall Henri Steinmeyer, an individual | Civil Action No. 22-cv-01213-DMS-DDL |
| **Plaintiff,** | |
| V. | |
| Laboratory Corporation of America Holdings, A Delaware Corporation; George Maha, An individual; Honorable Gary Bubis, as Judge of Superior Court of San Diego; Rob Bonta, as Attorney General of California | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Defendants' motions to dismiss are granted.

Date: 6/9/23

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By: s/ J. Petersen

J. Petersen, Deputy